UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GEORGE SIEPEL, et al.,                    )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )        Case No. 4:05CV2393 RWS
                                          )
BANK OF AMERICA, N.A., et al.,            )
                                          )
                    Defendants.           )

## ORDER

        **IT IS HEREBY ORDERED** that Bank of America's Motion to Dismiss is [#29]

**DENIED** as moot.

        **IT IS FURTHER ORDERED** that Columbia Funds Series Trust's Motion to Dismiss

[#34] is **DENIED** as moot.


Dated this 26th Day of April, 2006.


                                          _____
                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE