# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  07-1899
_____

George Siepel; Phyllis Siepel; H. Craig Williams; Elinor Tama Williams; Constance Elaine Williams; Donna N. Reinke; Robert Cohen; Carl M. Page, and all others similarly situated,

Plaintiffs - Appellants

v.

Bank of America, N.A.; Columbia Funds Series Trust, formerly known as Nations Funds Trust; Bank of America Corporation; Columbia Management Advisors, LLC; Columbia Management Distributors, Inc.; Bank of America Investment Services, Inc.,

Defendants - Appellees

_____

No:  07-1906
_____

George Siepel; Phyllis Siepel; H. Craig Williams; Elinor Tama Williams; Constance Elaine Williams; Donna N. Reinke; Robert Cohen; Carl M. Page, and all others similarly situated,

Plaintiffs - Appellees

v.

Bank of America, N.A.,

Defendant - Appellant

and

Columbia Funds Series Trust, formerly known as Nations Funds Trust; Bank of America Corporation; Columbia Management Advisors, LLC; Columbia Management Distributors, Inc.; Bank of America Investment Services, Inc.,

Defendants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-02393-PAM)

_____

# JUDGMENT

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in Case No. 07-1899 is affirmed in accordance with the opinion of this Court. Case No. 07-1906 is dismissed as moot.

May 19, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans